# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| I.B., et al., | : | CASE NO. 2:16-cv-00837 |
| Plaintiffs, | : | Judge Michael H. Watson |
| v. | : | Magistrate Judge Elizabeth Preston Deavers |
| THE OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., | : : | **STIPULATION OF VOLUNTARY DISMISSAL** |
| Defendants. | : | |

The parties, through counsel, hereby stipulate that all claims of Plaintiffs I.B. and N.J. are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Respectfully submitted,                                    Respectfully submitted,


/s/ Emmanuel O. Olawale per email auth. 5/14/18
Chanda L. Brown   (0081076)
Sean L. Walton, Jr. (0088401)
WALTON + BROWN, LLP
395 E. Broad Street, Suite 200
Columbus, OH 43215
(614) 636-3476; (614) 636-3453
cbrown@waltonbrownlaw.com
swalton@waltonbrownlaw.com

= and =

Emmanuel O. Olawale (0079154)
THE OLAWALE LAW FIRM, LLC
450 Alkyre Run Dr.
Westerville, OH 43082
(614) 772-4177; (614) 441-8863 (fax)
emmanuel@olawalelaw.com
*Counsel for Plaintiffs*

/s/ Sandra R. McIntosh
Sandra R. McIntosh (0077278)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 East State Street, Suite 800
Columbus, OH 43215-4247
(614) 827-7300; (614) 827-7303 (fax)
smcintosh@ffalaw.com
*Counsel for Defendants, The Olentangy Local School District Board of Education, and Wade Lucas, Nadine Ross, and William Carlisle, III*

= and =

Patrick J. Schmitz     (0055729)
Jessica K. Philemond (0076761)
SCOTT SCRIVEN LLP
250 E. Broad Street, Suite 900
Columbus, OH 43215
(614) 222-8686; (614) 222-8688 (fax)
pat@scottscrivenlaw.com

- 1 -

jessica@scottscrivenlaw.com
*Co-Counsel for Defendant, The Olentangy Local School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 14th day of May, 2018 upon the following:

| **VIA THE COURT'S ELECTRONIC FILING SYSTEM:** | **VIA REGULAR U.S. MAIL** |
|---|---|
| Emmanuel Olawale<br>THE OLAWALE LAW FIRM, LLC<br>450 Alkyre Run Drive, Suite 330<br>Westerville, OH 43082<br>Emmanuel@olawalelaw.com<br><br>= and =<br><br>Chanda L. Brown<br>Sean L. Walton<br>WALTON + BROWN, LLP<br>395 E. Broad Street, Suite 200<br>Columbus, Ohio 43215<br>cbrown@waltonbrownlaw.com<br>swalton@waltonbrownlaw.com<br><br>*Counsel for Plaintiffs* | Matthew Rausenberg<br>[ADDRESS UNDER SEAL]<br>*Defendant* |

        */s/ Sandra R. McIntosh*
        Sandra R. McIntosh (0077278)

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**