# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **I.B., et al.,** | : | **CASE NO. 2:16-cv-00837** |
| **Plaintiffs,** | : | **Judge Michael H. Watson** |
| **v.** | : | **Magistrate Judge Elizabeth Preston Deavers** |
| **THE OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.,** | : : | **STIPULATION OF VOLUNTARY DISMISSAL** |
| **Defendants.** | : | |

The parties, through counsel, hereby stipulate that all claims of Plaintiffs K.M. and J.M., both individually and on behalf of their minor daughter, S.M., are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  The parties further stipulate that this dismissal will not operate as a dismissal with prejudice to re-filing unless and until the applicable probate court approves the pending agreement between the parties.  At that time, this dismissal will operate as a dismissal with prejudice to re-filing.

Respectfully submitted,                                                   Respectfully submitted,

*/s/ Emmananuel O. Olawale (per email auth)*
Chanda L. Brown   (0081076)
Sean L. Walton, Jr. (0088401)
WALTON + BROWN, LLP
395 E. Broad Street, Suite 200
Columbus, OH 43215
(614) 636-3476; (614) 636-3453
cbrown@waltonbrownlaw.com
swalton@waltonbrownlaw.com

= and =

*/s/ Sandra R. McIntosh*
Sandra R. McIntosh (0077278)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 East State Street, Suite 800
Columbus, OH 43215-4247
(614) 827-7300; (614) 827-7303 (fax)
smcintosh@ffalaw.com
*Counsel for Defendants, The Olentangy Local School District Board of Education, and Wade Lucas, Nadine Ross, and William Carlisle, III*

| | |
|---|---|
| Emmanuel O. Olawale (0079154)<br>THE OLAWALE LAW FIRM, LLC<br>450 Alkyre Run Dr.<br>Westerville, OH 43082<br>(614) 772-4177; (614) 441-8863 (fax)<br>emmanuel@olawalelaw.com<br>*Counsel for Plaintiffs* | = and =<br><br>Patrick J. Schmitz     (0055729)<br>Jessica K. Philemond (0076761)<br>SCOTT SCRIVEN LLP<br>250 E. Broad Street, Suite 900<br>Columbus, OH 43215<br>(614) 222-8686; (614) 222-8688 (fax)<br>pat@scottscrivenlaw.com<br>jessica@scottscrivenlaw.com<br>*Co-Counsel for Defendant, The Olentangy Local School District Board of Education* |

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 21st day of May, 2018 upon the following:

| **VIA THE COURT'S ELECTRONIC FILING SYSTEM:** | **VIA REGULAR U.S. MAIL** |
|---|---|
| Emmanuel Olawale<br>THE OLAWALE LAW FIRM, LLC<br>450 Alkyre Run Drive, Suite 330<br>Westerville, OH  43082<br>Emmanuel@olawalelaw.com<br><br>= and =<br><br>Chanda L. Brown<br>Sean L. Walton<br>WALTON + BROWN, LLP<br>395 E. Broad Street, Suite 200<br>Columbus, Ohio  43215<br>cbrown@waltonbrownlaw.com<br>swalton@waltonbrownlaw.com<br><br>*Counsel for Plaintiffs* | Matthew Rausenberg<br>[ADDRESS UNDER SEAL]<br>*Defendant* |

 */s/ Sandra R. McIntosh*
 Sandra R. McIntosh (0077278)

- 2 -